IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARMAINE THOMPSON | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| MICHAEL J. ASTRUE, et al. | : | NO. 07-2989 |

**O R D E R**

AND NOW, this 18th day of September, 2008, counsel having complied with the Procedural Order for Social Security Review and the subsequent filing of "Plaintiff's Brief and Statement of Issues in Support of Request for Review" and "Defendant's Response to Request for Review of Plaintiff", IT IS HEREBY ORDERED that both counsel shall appear for oral argument on **October 6, 2008 at 10:00 a.m.**, Robert N. C. Nix, Sr. Federal Building, Courtroom 7, Second Floor, 900 Market Street, Philadelphia, PA 19107.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

Date: September 18, 2008
By Fax:   Hon. Gene E. K. Pratter
          Robert Savoy, Esq.            215-245-4705
          Nicholas R. Cerulli, Esq.     215-597-4662