# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARMAINE THOMPSON,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL ASTRUE,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant. | : | **No. 07-2989** |

## O R D E R

**AND NOW**, this 19th day of October, 2010, upon consideration of Plaintiff Charmaine Thompson's Brief and Statement of Issues in Support of Plaintiff's Request for Review (Docket No. 13), the Report & Recommendation of United States Magistrate Judge M. Faith Angell (Docket No. 21), and Ms. Thompson's Objections to the Report & Recommendation (Docket No. 22), it is hereby **ORDERED** that:

1. The Report & Recommendation (Docket No. 21) is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Administrative Law Judge for proceedings consistent with Magistrate Judge Angell's findings in the Report & Recommendation.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE